IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GLENN STOLL,
      Plaintiff,
vs.                             Case No. 3:06cv180/LAC/EMT

TERRY L. MARTIN, et al.
      Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 12, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 17th day of July, 2006.


s/*L. A. Collier*                  
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**